CO-386-online
10/03

# United States District Court
# For the District of Columbia

UNIVERSITY MEDICAL CENTER )
OF SOUTHERN NEVADA, et al )
)
)
           Plaintiff )    Civil Action No._____
vs )
)
MICHAEL O. LEAVITT, et al )
)
)
          Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Safety Net Hospitals for Pharmaceutical Access__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Safety Net Hospitals for Pharmaceutical Access__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                Attorney of Record
                                _[signature]_
                                Signature

| | |
|---|---|
| 950691 | Larry S. Gondelman |
| BAR IDENTIFICATION NO. | Print Name |
| | 1501 M Street, NW, Suite 700 |
| | Address |
| | Washington, DC  20005 |
| | City    State    Zip Code |
| | 202.466.6550 |
| | Phone Number |

CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| UNIVERSITY MEDICAL CENTER OF SOUTHERN NEVADA, et al )<br><br>vs    Plaintiff )<br><br>MICHAEL O. LEAVITT, et al )<br><br>Defendant ) | Civil Action No._____ |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  University Medical Center of S. Nevada  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  University Medical Center of S. Nevada  which have any outstanding securities in the hands of the public:

Clark County, Nevada

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

950691
BAR IDENTIFICATION NO.

Larry S. Gondelman
Print Name

1501 M Street, NW, Suite 700
Address

Washington, DC  20005
City         State         Zip Code

202.466.6550
Phone Number